IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

HAGG FAMILY TRUST )
and WILLA FAY HAGG, )
)
Plaintiffs, ) TC-MD 120052N
)
v. )
)
WASHINGTON COUNTY ASSESSOR, )
and DEPARTMENT OF REVENUE, )
State of Oregon, )
)
Defendants. ) **DECISION OF DISMISSAL**

This matter is before the court on its own motion to dismiss this case for lack of prosecution.

Plaintiffs filed a Complaint on February 9, 2012, challenging the real market value of property described as Account R529994. On March 15, 2012, Plaintiff Willa Fay Hagg's representative, Jan Anderson, called the court and informed a member of the court operations team that the parties had settled and they no longer wished to continue their appeal. The court operations team member requested that the parties put their statement in writing. A member of the court operations team called the parties and requested a written statement on April 17, 2012, and April 18, 2012. The court received no further communication from Plaintiffs.

An Order was issued on May 11, 2012, requiring that Plaintiffs file a signed stipulation, a written request to withdraw their appeal, or a written request for a case management conference within 14 days. The Order stated that Plaintiffs' failure to comply with the Order would result in a dismissal of their appeal. Plaintiffs' deadline has passed and the court has not received further communication from Plaintiffs. Now, therefore,

/ / /

IT IS THE DECISION OF THIS COURT that the Complaint is dismissed.

Dated this ____ day of May 2012.

_____
ALLISON R. BOOMER
MAGISTRATE PRO TEMPORE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within 60 days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Magistrate Pro Tempore Allison R. Boomer on May 30, 2012.  The Court filed and entered this document on May 30, 2012.*